IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-140-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GERARDO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On September 8, 2010, Gerardo Rodriguez filed a motion for return of property [D.E. 42]. The motion does not describe the items requested with sufficient particularity. The motion [D.E. 42] is DENIED without prejudice.

SO ORDERED. This 7 day of October 2013.

JAMES C. DEVER III
Chief United States District Judge